UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. _____

| | |
|---|---|
| EDWIN ELAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF WAXHAW, STEVE MAHER, )<br>Individually and in his official capacity as )<br>Mayor of the Town of Waxhaw, BRENDA )<br>BURNS, individually and in her official )<br>capacity as a commissioner for the Town of )<br>Waxhaw, KAT LEE, individually and in her )<br>official capacity as a commissioner for the Town )<br>of Waxhaw, MIKE EISS, in hid official capacity )<br>as Chief of Police for the Waxhaw Police )<br>Department, GREG FERGUSON, individually )<br>and in his capacity as Town Manager for the )<br>Town of Waxhaw, )<br>)<br>Defendants. ) | **NOTICE OF REMOVAL TO FEDERAL COURT** |

Defendants Town of Waxhaw, Steve Maher, Individually and in his official capacity as Mayor of the Town of Waxhaw, Brenda Burns, individually and in her official capacity as a commissioner for the Town of Waxhaw, Kat Lee, individually and in her official capacity as a commissioner for the Town of Waxhaw, Mike Eiss, in his Official capacity as Chief of Police for the Waxhaw Police Department, and Greg Ferguson, individually and in his capacity as Town Manager for the Town of Waxhaw (hereinafter "Defendants") by and through the undersigned counsel, respectfully remove the above-captioned action from the Superior Court of Union County, North Carolina, to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. § 1331, § 1441, § 1446, and §1367.

In support of this *Notice of Removal to Federal Court*, Defendants state as follows:

1. On November 14, 2022, Plaintiff filed a Complaint in the Superior Court of Union County, North Carolina, styled *Edwin Elam v. Town of Waxhaw, et al*, which matter was assigned Civil Action No. 22 CVS 2981. Two of the six Defendants were served with the Complaint on January 13, 2023. One Defendant was served on January 20, 2023 and the other three defendants have not yet been served to the best the undersigned's knowledge.

2. Pursuant to 28 U.S.C. § 1446(b), a copy of all process and pleadings filed with the Superior Court are attached hereto as **Exhibit A**.

3. This notice is being filed within thirty (30) days of the date of service of the Summons and Complaint in this case on two of the Defendants; accordingly, this Notice is timely filed pursuant to 28 U.S.C. § 1446(b). Defendants are represented by the undersigned counsel and Defendants consent to removal.

4. In the Complaint, Plaintiff has alleged various causes of action against Defendants, including a claim of a violation of Plaintiff's civil rights pursuant to 42 U.S.C. §1983 and for damages arising under the laws of the United States.

5. Because this is a civil suit for damages arising under the laws of the United States, specifically, the Civil Rights Act of 1871, 42 U.S.C. §§ 1983, this case involves a federal question and federal jurisdiction is therefore founded upon 28 U.S.C. § 1331 and is removable to federal court pursuant to 28 U.S.C. § 1441. Further this Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

6. Based on federal question jurisdiction, Defendants contend that the aforesaid state action may be removed by Defendants pursuant to 28 U.S.C. § 1441. Defendants contend that the United States District Court would be acting within its discretion by exercising supplemental jurisdiction over the remaining state claims, if any, pursuant to 28 U.S.C. § 1367.

7. The United States District Court for the Western District of North Carolina is the District in which the aforementioned state court action is now pending. Therefore, the undersigned hereby removes this action from the aforesaid Superior Court of Union County, North Carolina, in which it is now pending, to the United States District Court for the Western District of North Carolina by filing this Notice of Removal.

8. Written notice of filing of this Notice of Removal will be served upon the adverse party in this action as required by law.

9. A copy of this Notice of Removal has been sent for filing with the Clerk of the Superior Court of Union County, North Carolina, as shown by the Notice attached hereto as **Exhibit B**.

WHEREFORE, the Defendants Town of Waxhaw, Steve Maher, Individually and in his official capacity as Mayor of the Town of Waxhaw, Brenda Burns, individually and in her official capacity as a commissioner for the Town of Waxhaw, Kat Lee, individually and in her official capacity as a commissioner for the Town of Waxhaw, Mike Eiss, in his Official capacity as Chief of Police for the Waxhaw Police Department, and Greg Ferguson, individually and in his capacity as Town Manager for the Town of Waxhaw hereby give notice that this action has been removed from the Superior Court of Union County, North Carolina, to the United States District Court for the Western District of North Carolina.

This the 10th day of February, 2023.

CRANFILL SUMNER LLP

BY: /s/ *Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
Attorney for Defendants
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com

## CERTIFICATE OF SERVICE

       This is to certify that the undersigned has this day electronically filed the foregoing ***Notice of Removal to Federal Court*** with the Clerk of Court using the CM/ECF system and served the same on all of the parties to this cause by depositing a copy hereof, postage prepaid, in the United States Mail, addressed as follows:

Thomas C. Leitner, Jr.
201 Lancaster Avenue
Monroe, NC 28112
*Attorney for Plaintiffs*

This the 10th day of February, 2023.

                            CRANFILL SUMNER LLP

                    BY:   /s/ *Patrick H. Flanagan*
                              Patrick H. Flanagan, NC Bar #17407
                              Attorney for Defendants
                              P.O. Box 30787
                              Charlotte, NC 28230
                              Telephone (704) 332-8300
                              Facsimile (704) 332-9994
                              phf@cshlaw.com