IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION FILE NO. 3:23-cv-00081

| | |
|---|---|
| EDWIN ELAM,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**TOWN OF WAXHAW, STEVE MAHER, individually and in his official capacity as Mayor of the Town of Waxhaw, BRENDA BURNS, individually and in her official capacity as a commissioner for the Town of Waxhaw, KAT LEE, individually and in her official capacity as a commissioner for the Town of Waxhaw, MIKE EISS, in his official capacity as Chief of Police for the Waxhaw Police Department, GREG FERGUSON, individually and in his official capacity as Town Manager for the Town of Waxhaw..,**<br>　　　　　　　　Defendants. | STIPULATION OF<br>VOLUNTARY DISMISSAL<br>BY PARTIES<br>(FRCP 41(a)) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Offsitek, LLC ("Offsitek" or "Plaintiff") gives notice of a voluntary dismissal of Plaintiff's claims, without prejudice, by and with the consent of all parties who have appeared in this matter, as evidenced by their signatures, below.

This 12th day of June, 2023


BY: _/s/ Thomas C. Leitner, Jr._
Thomas C. Leitner, Jr.
NC Bar No. 43002
Attorney for Edwin Elam
201 Lancaster Ave
Monroe, NC 28112

Telephone: 704-271-9805
Facsimile: 704.421.3105
tee@monroelawfirm.com


BY: /s/ *Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
Attorney for Defendants
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com

CRANFILL SUMNER, LLP